

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00085-CV

| | | |
|---|---|---|
| In the Interest of J.G., D.G., and C.G., Children | § | From the 235th District Court |
| | § | Of Cooke County (CV10-00470) |
| | § | September 12, 2013 |
| | § | Opinion by Justice Gardner |
| | § | Dissent by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial on Appellants' petition for adoption.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Anne Gardner